AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| MIMEDX GROUP, INC. <br><br> *Plaintiff(s)* <br> v. <br> TRANSPLANT TECHNOLOGY, INC. d/b/a BONE BANK ALLOGRAFTS and TEXAS HUMAN BIOLOGICS, LTD. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:14cv00464-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Texas Human Biologics, Ltd
c/o Joe Mims, Registered Agent
4808 Research Drive,
San Antonio, Texas 78240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dwayne C. Norton,
ALSTON & BIRD LLP,
2828 N. Harwood, Ste 1800,
Dallas, Texas 75201
Phone: 214-922-3400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
CLERK OF COURT

Date:  06/02/2014



*Katherine Wallace*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14cv00464-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Texas Human Biologics, Ltd.**
was received by me on *(date)* **6/2/2014**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Joe Mims, Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Texas Human Biologics, Ltd.** at **12:01 PM** on *(date)* **6/5/2014** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/5/2014**

*Server's signature*

**Thomas A. Saucedo, I - SCH 3797 Ex. 5/31/2017**
*Printed name and title*

**218 N Las Moras**
**San Antonio, Texas 78207**
*Server's address*

Additional information regarding attempted service, etc:
Served at 4808 Research Drive, San Antonio, Texas 78240.